UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Carla Brambila v. Bayer Corporation* | No. 10-cv-13275-DRH |
| *Holly Lippe et al v. Bayer Corporation* | No. 11-cv-12583-DRH |
| *Patricia Maisenbacher et al v. Bayer Corporation* | No. 09-cv-10235-DRH |
| *Jennifer Rubio et al v. Bayer Corporation* | No. 10-cv-11228-DRH |
| *April M. Stanley v. Bayer Corporation* | No. 11-cv-11727-DRH |
| *Kristen Vaughn et al v. Bayer Corporation* | No. 10-cv-11812-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 9, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
            **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2014.09.12 15:17:58 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**